PROB 19
(Rev. 5/92)

# UNITED STATES DISTRICT COURT

для

## MIDDLE DISTRICT OF GEORGIA

U.S.A. vs **Holly Jo Johnson**           Docket No. 4:09-M-189-001

TO:[1]   ANY UNITED STATES MARSHAL OR ANY AGENT OF THE FBI.

### WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court.

| NAME OF SUBJECT | | SEX | RACE | AGE |
|---|---|---|---|---|
| **Holly Jo Johnson** | 02/09/1984; 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 | F | W | 26 |
| ADDRESS (STREET, CITY, STATE) | | | | |
| **21 Barkley Street, Fort Leonard Wood, MO 65473** | | | | |
| SENTENCE IMPOSED BY (NAME OF COURT) | | DATE IMPOSED | | |
| **Middle District of Georgia** | | **10/16/2009** | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) | | | | |
| **U.S. District Court, Columbus, GA** | | | | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| **Gregory J. Leonard** | *Jerri J. Smith* | Sept. 20, 2010 |

### RETURN

| Warrant received and executed. | DATE RECEIVED 9-27-10 | DATE EXECUTED 10-18-10 |
|---|---|---|

EXECUTIVE AGENCY (NAME AND ADDRESS)

| NAME | (BY) USMS Springfield, MO | DATE 10-19-10 |
|---|---|---|

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer," or "United States Marshal for _____ District of _____;" or "any United States Marshal;" or "any special agent of the Federal Bureau of Investigation;" or "any United States Marshal or any special agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."